■ MAKAY CONSTRUCTION CORP., Respondent, v BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 8 OF THE TOWN OF HEMPSTEAD, COUNTY OF NASSAU, Appellant.—In an action *inter alia* to recover damages for breach of a construction contract, defendant appeals from so much of an order of the Supreme Court, Nassau County, dated October 3, 1975, as

granted plaintiff's cross motion for leave to serve (1) a verified claim, pursuant to section 3813 of the Education Law, *nunc pro tunc,* and (2) an amended complaint. Order affirmed insofar as appealed from, without costs or disbursements. Under the circumstances of this case, which involves a dispute as to the date when a construction contractor was declared to be in default under the terms of a contract prepared by defendant, we believe that Special Term properly exercised its discretion in permitting plaintiff to comply with section 3813 of the Education Law *nunc pro tunc.* Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.